September 15, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

W. GARRY WALDROP DDS, INC. D/B/A LIFETIME DENTAL CARE,
Appellant

NO. 14-15-00747-CV            V.

GREGORY PHAM, JOHN MA, AND RAYMOND DAO, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Gregory Pham, John Ma, and Raymond Dao, signed July 1, 2015, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's opinion.

We further order that all costs incurred by reason of this appeal be paid by appellees, Gregory Pham, John Ma, and Raymond Dao.

We further order this decision certified below for observance.